versed. Opinion by Barker, J.; Bradley, J., taking no part.

Mial H. Peck, Appellant, v. Martin Goodberlett, Respondent. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Barker, J.; Smith, P. J., not voting.

James C. Moore, Plaintiff, v. The E. M. Birdsall Company, Defendant. — Motion for new trial denied and judgment of nonsuit ordered for defendant. Opinion by Bradley, J.

The Flour City National Bank of Rochester, Appellant, v. The Traders' National Bank of Rochester, Respondent. — Judgment affirmed. Opinion by Smith, P. J.

George W. Dodge and another, Respondents, v. George W. McCormick and others, Appellants. — Judgment affirmed, with costs. Opinion by Bradley, J.

Daniel C. Chapman, Respondent, v. The Atlantic Refining Company, Appellant. — Judgment and order affirmed. Opinion by Barker, J.; Bradley, J., not sitting.

William G. Rogers, Respondent, v. The Grand Trunk Railway Company of Canada, Appellant. — Judgment and order affirmed. Opinion by Barker, J.

John O'Brian and another, Appellants, v. George Newbrook, Respondent. — Judgment of County Court affirmed. Opinion by Bradley, J.

Myron L. Burrell, Respondent, v. John Chadwick, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

William J. Reedy and others, Respondents, v. Uriah C. Whitlock and others, Appellants. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Barker, J.

Richard L. Whiting, Appellant, v. Peter Hood and another, Respondents. — Judgment reversed and new trial granted before another referee, costs to abide the event. Opinion by Bradley, J.

Henry Hallett, Plaintiff, v. The New York, Lake Erie and Western Railroad Company, Defendant. — Motion for new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Smith, P. J.; Bradley, J., not sitting.

Edward Garrett, respondent, v. The City of Buffalo, Appellant. — Order reversed, and new trial granted in the Erie County Court, costs to abide event. Opinion by Smith, P. J.

Theodore Poorman, Appellant, v. Henry Moore, Respondent. — Judgment affirmed. Opinion by Barker, J.

Joseph F. Moore, Appellant, v. Pulaski D. Westcott and another, Respondends, Inpleaded, etc. — So much of the order as opens the default and vacates the judgment and permits the defendant to answer, reversed, and so much of said order as sets aside all proceedings subsequent to the judgment, including the sale, is affirmed, without costs of this appeal to either party. Opinion by Barker, J.; Bradley, J., not sitting.

James Sargent, Respondent, v. Marion Warren, Appellant. — Order reversed and attachment vacated, with ten dollars costs and disbursements. Opinion by Barker, J.

John K. Forsyth, Respondent, v. Jacob F. Rickenbrode, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

The People of the State of New York ex rel. The New York, Lake Erie and Western Railroad Company v. The Common Council of the City of Dunkirk. — Writ quashed and proceedings dismissed, with costs and disbursements, not exceeding fifty dollars in all, to the defendant. Opinion by Smith, P. J.

The People of the State of New York, Respondents, v. Alonzo E. Carr, Appellant. — Judgment and conviction affirmed, and proceedings remitted to the Court of Sessions of Erie County. Opinion by Barker, J.

Harry J. Wilcox, Respondent, v. Walter W.

Evans, Appellant. — Judgment reversed, and new trial ordered before another referee, costs to abide the event, unless the plaintiff stipulates within twenty days to deduct from the judgment the sum of seventy-four dollars and thirty-four cents as of the date of the report, in which case the judgment be modified, and as so modified, affirmed, with costs. Opinion by Bradley, J.

Thomas J. Kerr, Respondent, v. Samuel R. Saunders and others, Appellants. — Judgment affirmed. Opinion by Smith, P. J.; Barker, J., not sitting.

Ansel T. Becker, Respondent, v. John Greenway, Appellant. — Judgment affirmed. Opinion by Barker, J.

The Town of Mentz, Respondent, v. Roswell Cook, Appellant. — Judgment reversed and new trial granted, costs to abide the event. Opinion by Barker, J.

The People of the State of New York ex rel. Alfred P. Wright, Respondent, v. The Common Council of the City of Buffalo, Appellant. — Order affirmed, with fifty dollars costs and disbursements, on opinion of Daniels, J., at Special Term.

In the Matter of the Contested Administration of the estate of Louis Molter, deceased. — Decree reversed, and proceedings remitted to the surrogate of Erie county with directions to proceed. The costs of this appeal to abide the final award of costs. Opinion by Barker, J.

Elvira Vick, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Order affirmed Opinion by Bradley, J.

John B. De Villers, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, on the opinion of Macomber, J., at Special Term.

Buffalo Lubricating Oil Company, Respondent, v. The Standard Oil Company of New York and others, Appellants. — Ordered, that the order appealed from be amended by inserting therein after the word "ten" the following: "Also from and including the word "that " in the fourth line of folio 17, to and including the word "corporations" in fifth line, folio 19; also from and including the words "the amount" in ninth line, folio 20, to and including the word "market " in sixth line, folio 21; also from and including the words "and was" in line three, folio 26, to and including the word "organized" in line sixth, same folio, and as so modified affirmed, without costs.

Byron Alfred, and another, Respondents, v. Eugene M. Cobb, Appellant. — Order affirmed, without costs. Opinion by Bradley, J.

Byron Alfred v. Eugene M. Cobb. — Motion denied, without costs.

Mary Murray v. Arthur G. Fox. — The case, in each action, sent back to the trial judge for resettlement.

Nichols v. Martin. — Motion for reargument denied.

Jennings v. Bayer. — Motion denied, without costs.

Overton v. The Trustees of Olean. — Motion denied. Memorandum by Bradley, J.

Smith v. Kerr. — Motion denied. Memorandum by Bradley, J.

Stevens v. Hughes. — Motion for reargument granted.

Horton v. Parsons. — Motion for leave to appeal to the Court of Appeals granted.

Horace B. Claflin and others, Respondents, v. Wesley Millspaugh and another, Appellants. — On stipulation and consent in open court, ordered, that the case herein be amended by inserting therein the statement that it contains all the evidence given on the trial. On filing this order in the office of the clerk of Chautauqua county, said clerk is authorized to insert such statement in the case with the same